AO91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

United States Magistrate Court
DS-SDTX
FILED
DEC 1 9 2006
Michael N. Milby, Clerk
Laredo Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Juan Manuel PINEDA Cabrera<br>Guadalajara, Jalisco<br>Mexico<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number: L-06- MJ 2017 |

*Handwritten: FPD TSKck   12/28/06  11:00 Am p le*

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 14, 2006** (Date) in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **Juan Manuel PINEDA Cabrera** defendant(s), a **Mexican** alien, who has previously been **Removed** or has departed the United States while an order of **Removal** is outstanding was thereafter found in the United States **near** **Laredo, Texas** the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter) for reapplication by the said Defendant for admission into the United States.

in violation of Title **8 and 6** United States Code, Section(s) **1326 Felony and 202, 557**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

Furthermore, **Juan Manuel PINEDA Cabrera** was apprehended near **Laredo, Texas** After a brief interview it was determined that, **Juan Manuel PINEDA Cabrera** was an illegal alien from **Mexico** and consequently placed under arrest. Further investigation revealed that **Juan Manuel PINEDA Cabrera** is a citizen of **Mexico** and was previously **Removed** from the United States on **April 24, 2006** at **Dallas, Texas** There is no record that **Juan Manuel PINEDA Cabrera** has applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

**Eulalio Rodriguez**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**December 19, 2006**        at        **Laredo, Texas**
Date                                    City and State

**Diana Saldana**
U.S. Magistrate Judge                    _____
Name and Title of Judicial Officer        Signature of Judicial Officer